# EXHIBIT 1



**Computershare Governance Services, Inc.**
100 Beard Sawmill Road, Shelton, CT 06484

03/04/2021

James Hardie Building Products Inc.
Will Franken Assistant General Counsel
James Hardie Building Products Inc.
231 S. La Salle Street, Ste. 2000
Chicago IL 60604

# SERVICE OF PROCESS NOTICE

Item: 2021-10

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard.

| | | |
|---|---|---|
| 1. | **Entity Served:** | James Hardie Building Products Inc. |
| 2. | **Title of Action:** | Chad Nelson vs. James Hardie Building Products Inc. |
| 3. | **Document(s) Served:** | Alias Summons<br>Complaint at Law<br>Charge of Discrimination<br>Dismissal and Notice of Rights |
| 4. | **Court/Agency:** | Lasalle County Circuit Court of. the Thirtheenth Judicial Circuit |
| 5. | **State Served:** | Illinois |
| 6. | **Case Number:** | 20 L 117 |
| 7. | **Case Type:** | Disability Discrimination |
| 8. | **Method of Service:** | Regular Mail |
| 9. | **Date Received:** | Wednesday 03/03/2021 |
| 10. | **Date to Client:** | Thursday 03/04/2021 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Friday 04/02/2021 <span>**CAUTION:** Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received.</span> |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Travis Dunn<br>Ottawa, IL<br>815-434-3535 |
| 13. | **Shipped To Client By:** | FedEx Standard Overnight and Email with PDF Link |
| 14. | **Tracking Number:** | 773065519791 |
| 15. | **Handled By:** | 141 |
| 16. | **Notes:** | Please note that the print quality of the "Information on Where to File Suit" is poor, as a courtesy the original is being sent to your attention by FedEx.<br>Also Attached:<br>* Information on Where to File Suit |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At ComputerShare, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by United Agent Group Inc.

Phone: 866 820 7754, Option 2 l www.cgsregisteredagent.com

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
## LASALLE COUNTY, ILLINOIS

| | | |
|---|---|---|
| CHAD NELSON, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | Case Number: 20 L 117 |
| | ) | |
| JAMES HARDIE BUILDING | ) | |
| PRODUCTS INC., | ) | |
| | ) | |
|     Defendant. | ) | |

### ALIAS SUMMONS

**TO EACH DEFENDANT:** UNITED AGENT GROUP INC, AGENT, JAMES HARDIE BUILDING PRODUCTS, 350 S NORTHWEST HWY #300 PARK RIDGE, IL 60068

**YOU ARE HEREBY SUMMONED** and required to file an answer in this case or otherwise file your appearance, in the Office of the Circuit Court Clerk, 119 W. Madison St. Ottawa, IL 61350, within 30 days after service of this summons, not counting the day of service. E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office. **IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**TO THE OFFICER:** North Shore Process Service, 1560 Sherman Ave., Ste. 301, Evanston, IL 60201

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any immediately after service. If service cannot be made, summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

2/11/2021
Witness_____
_____ KB
Clerk of Court
(Seal of Court)



Attorney Travis Dunn; ARDC # 6319131
LAW OFFICES OF PETER F. FERRACUTI, P.C.
Attorney for: Plaintiff
110 East Main St, Ottawa, IL 61350
Phone: 815/434-3535; Fax: 815/434-4513
tdunn@peterferracuti.com

Date of Service_____
(To be inserted by the Officer)



FILED
13TH JUDICIAL CIRCUIT
12/15/2020 11:57 AM
KB
CLERK OF THE CIRCUIT COURT
LASALLE COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF THE THIRTHEENTH JUDICIAL CIRCUIT
LASALLE COUNTY, ILLINOIS

| | |
|---|---|
| CHAD NELSON, )<br>  Plaintiff, )<br>vs. )<br> )<br>JAMES HARDIE BUILDING )<br>PRODUCTS INC., )<br> )<br>  Defendant. ) | Case Number:<br><br>**2020L 000117** |

## COMPLAINT AT LAW

NOW COMES Plaintiff CHAD NELSON, by and through his attorneys THE LAW OFFICES OF PETER F. FERRACUTI, P.C., and for his Complaint against Defendant JAMES HARDIE BUILDING PRODUCTS INC., states and alleges as follows:

### NATURE OF ACTION

1. This is an action against Defendant JAMES HARDIE BUILDING PRODUCTS INC., a foreign limited corporation, (hereinafter "DEFENDANT"), for disability discrimination.

### PARTIES

2. Plaintiff CHAD NELSON (hereinafter referred to as "PLAINTIFF") is, and was at all times relevant, a resident of La Moille IL, Illinois.

3. DEFENDANT is a foreign limited liability corporation, registered and authorized to transact business in the State of Illinois and doing business at 17 Unytite Drive, Peru Illinois, and is governed by the Americans with Disabilities Act, 42 U.S.C.A. 12101 et seq. ("ADA").

4. PLAINTIFF has filed this cause subsequent to the timely filing of a Charge of Discrimination with the Illinois Department of Human Rights 9"idhr" against DEFENDANT,

1

based on DEFENDANT's discriminatory conduct towards PLAINTIFF, due to his several and varied disabilities, as well as DEFENDANT's termination of the PLAINTIFF based on his disabilities, with a true and correct copy of said Charge attached hereto and incorporated herein as Exhibit A.

5. The IDHR subsequently dismissed the charge.

6. After reviewing the IDHR dismissal, the Equal Employment Opportunity Commission ("EEOC") issued a Dismissal and Notice of Rights, which was received by the PLAINTIFF on or about September 21, 2020. A true and accurate copy of this dismissal is attached hereto and incorporated herein as Exhibit B.

7. PLAINTIFF has filed this cause pursuant to a Notice of Dismissal issued by the EEOC, informing PLAINTIFF of the option of filing a civil suit in circuit court within the statutory time requirements.

## VENUE

8. Venue is proper within this Judicial Circuit because the action and events alleged herein occurred principally within LaSalle County.

## FACTUAL BACKGROUND

9. At all times relevant, PLAINTIFF suffered injury and disability from a rotator cuff tear and tendonitis.

10. Prior to April 18, 2016, PLAINTIFF was an employed by DEFENDANT as a shift supervisor at its location in Peru, Illinois.

11. On or about April 6, 2016, PLAINTIFF was injured and diagnosed with tendonitis and a rotator cuff tear, which created disability and hardship in his daily activities.

2

12. On April 12, 2016, PLAINTIFF was cleared to return to work full-duty by his physician.

13. At a meeting on or about April 18, 2016 DEFENDANT terminated the employment of the PLAINTIFF.

14. The reason given for the termination of the PLAINTIFF was that one of his subordinates had falsified the inspection paperwork for some product. The error was caught before the defective product left the facility.

15. That another similarly situated employee of the DEFENDANT, BOB ALLSTROM, committed a similar error as the PLAINTIFF but was not terminated for it.

16. The stated reasons for the termination of PLAINTIFF's employment with DEFENDANT are pretextual and false.

17. Prior to May 28, 2019, DEFENDANT had actual and/or constructive notice of PLAINTIFF's aforesaid disabilities.

18. PLAINTIFF's disability did not prevent him from satisfactorily performing his job as a shift Supervisor for the DEFENDANT.

19. As a result of DEFENDANT's discriminatory conduct as aforesaid, PLAINTIFF has suffered injury to his career, as well as emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life, and other non-pecuniary losses for which he is entitled to compensatory damages.

## COUNT I
### Discrimination in violation of the Americans with Disabilities Act

20. PLAINTIFF hereby adopts, reasserts, and re-alleges the allegations contained in Paragraphs 1-19 of his Complaint.

21. DEFENDANT has discriminated against PLAINTIFF by terminating him due to his disability.

22. DEFENDANT's behavior has created a disparate impact as to PLAINTIFF, as a result of his disabilities compared to his non-disabled peers.

23. As a result of DEFENDANT's unlawful conduct, PLAINTIFF's has suffered compensatory damages, lost wages, back pay and front pay, lost future wages, future pecuniary damages, emotional distress and humiliation, and other damages.

24. By reason of DEFENDANT'S discrimination, PLAINTIFF is entitled to all legal and equitable remedies available under the ADA, including but not limited to damages for mental anguish.

WHEREFORE, Plaintiff CHAD NELSON, respectfully prays that he may have judgment against Defendant JAMES HARDIE BUILDING PRODUCTS INC., in an amount in excess of $50,000.00, and such other and further relief as this Court shall deem equitable and just, and additionally, costs of this action.

Respectfully Submitted,

BY:    s/ Travis Dunn
        Travis J. Dunn, Attorney

Travis J. Dunn, Esq., ARDC#: 6319131
The Law Offices of Peter F. Ferracuti, P.C.
Attorneys for Plaintiff
110 E. Main St., Ottawa, IL 61350
P (815) 434-3535
F (815) 434-2796
tdunn@peterferracuti.com

## AFFIDAVIT

Under penalties as provided by law pursuant to Illinois Supreme Court Rule 222, the undersigned certifies that at the time of this filing, the amount of damages claimed is in excess of $50,000.00, to the best of his knowledge and belief.

S/ Travis Dunn<br>Travis J. Dunn, Esq.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form.

# 17M1017.10

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2017CF0850 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINT (Indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (Include area code) |
|---|---|
| Chad Nelson | (815) 830-9037 |

| STREET ADDRESS | CITY, STATE, ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 76 E. Railroad Street | Lamoille IL 61330 | February 19, 1973 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS +15 | TELEPHONE NUMBER (include area code) |
|---|---|---|
| James Hardie Building Products | | (888) 542-7343 |

| STREET ADDRESS | CITY, STATE, ZIP CODE | COUNTY |
|---|---|---|
| 17 Unytite Dr | Peru, IL 61354 | LaSalle |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Termination on the basis of disability; Retaliation based on reporting an injury | April 16-April 18, 2016 ☐ CONTINUING ACTION |

S E E   A T T A C H E D

Dept. of Human Rights
INTAKE UNIT
OCT 17 2016
RECEIVED
By: KO

Page 1 of

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 21 DAY OF September, 2016.

NOTARY SIGNATURE

"OFFICIAL SEAL"
ALEXIS FERRACUTI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9/30/2018

NOTARY STAMP

X _____  9-21-16
SIGNATURE OF COMPLAINANT     DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 05/14-INT)

Ex. A

I.  A. ISSUES/BASIS

Discharge – April 18, 2016 because of my physical disability, tendonitis and rotator cuff tear.

B. PRIMA FACIE ALLEGATIONS

1. On April 6, 2016, I suffered an injury arising out of and in the course of my employment with James Hardie Building Products. At the time of my injury, I was unable to immediately report my disability because the Safety Manager was not at the facility at the time.

2. I reported this injury to the Plant Manager, Richard Woolweaver, and discussed it with Chris Billingsly, the Dept. Manager and Aaron Stunkel, the Foreman.

3. On April 12, my physician approved me to return to work.

4. On the night of April 16, 2016- April 17, 2016, I was supervising an employee named Joe Riordan. I noticed there were some problems on the board that was coming from one of the lines.

5. The Foreman, Aaron Stunkel, had also noticed these boards. Mr. Stunkel told me that we would discuss the issue the following Monday.

6. On Monday, April 18, I was called into a meeting with Dan Rizzi of HR, and Chris Billingsly, the Dept. Foreman. As it turned out, Joe Riordan had falsified some of the inspection paperwork for the shift that night, and because Chad had checked off on one of the pallets approving it, I was being terminated.

7. The pallets that were signed off on never actually left the plant. The week prior to this incident another supervisor, a Bob Allstrom, had allowed an entire batch of mislabeled product to actually leave the plant, and was not terminated for it.

8. I was terminated very shortly after reporting and discussing my injury, thereby raising the inference that the termination was based on retaliatory motives.

9. My disability is unrelated to my ability to perform my job duties with reasonable accommodation.

EEOC Form 161 (11-16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Chad Nelson
c/o Travis Dunn, Esq.
Law Office of Peter Ferracuti
110 E. Main Street
Ottawa, IL 61350

From: Chicago District Office
230 S. Dearborn
Suite 1866
Chicago, IL 60604

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2017-00136 | Daniel Lim, State & Local Coordinator | (312) 872-9669 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Julianne Bowman/jwa_    9/17/20

Enclosures(s)        Julianne Bowman,        (Date Mailed)
              District Director

cc:

JAMES HARDIE BUILDING PRODUCTS
c/o Tracy Allen
231 S. LaSalle Street, Suite 2000
Chicago, IL 60604

Ex. B

# INFORMATION ON WHERE TO FILE SUIT

You have been notified of your right to sue in Federal District Court. Suit is ordinarily filed in the District having jurisdiction of the county in which the employer, against whom you filed a Charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

| U.S DISTRICT COURT<br>Northern District of Illinois<br>Eastern Division at Chicago<br>219 South Dearborn Street<br>Chicago, IL 60604<br>312-435-5670 | | U.S. DISTRICT COURT<br>Central District of Illinois<br>Urbana Division<br>201 South Vine<br>Urbana, IL 61801<br>217-373-5830 | |
|---|---|---|---|
| **Counties** | | **Counties** | |
| Cook | Kendall | Champaign | Kankakee |
| DuPage | Lake | Coles | Mason |
| Grundy | LaSalle | Douglas | Moultrie |
| Kane | Will | Edgar | Piatt |
| | | Ford | Vermilion |
| | | Iroquois | |
| **U.S. DISTRICT COURT**<br>Northern District of Illinois<br>Western Division at Rockford<br>211 South Court Street<br>Federal Building<br>Rockford, IL 61101<br>815-987-4355 | | **Peoria Division**<br><br>100 N.E. Monroe Street<br>135 Federal Building<br>Peoria, IL 61602<br>309-671-7117 | |
| **Counties** | | **Counties** | |
| Boone | McHenry | Bureau | McLean |
| Carroll | Ogle | Fulton | Peoria |
| DeKalb | Stephenson | Hancock | Putnam |
| JoDaviess | Whiteside | Knox | Stark |
| Lee | Winnebago | Livingston | Tazewell |
| | | Marshall | Woodford |
| **U.S. DISTRICT COURT**<br>Southern District of Illinois<br>750 Missouri Avenue<br>East St. Louis, IL 62201<br>618-482-9371<br><br>and<br><br>301 Main Street<br>Benton, IL 62812<br>618-435-0671 | | **Rock Island Division**<br>211 19th Street<br>Rock Island, IL 61201<br>309-793-5778 | |
| **Counties** | | **Counties** | |
| Alexander | Johnson | Henderson | Rock Island |
| Bond | Lawrence | Harry | Warren |
| Calhoun | Madison | Mercer | |
| Clark | Marion | **Springfield Division** | |
| Clinton | Monroe | 600 East Monroe Street | |
| Crawford | Perry | Springfield, IL 62701 | |
| Cumberland | Pope | 217-492-4020 | |
| Edwards | Pulaski | | |
| Effingham | Randolph | **Counties** | |
| Fayette | Richland | Adams | Logan |
| Franklin | St. Clair | Brown | Macoupin |
| Gallatin | Saline | Cass | Mason |
| Hamilton | Union | Christian | Menard |
| Hardin | Wabash | DeWitt | Montgomery |
| Jackson | Washington | Green | Morgan |
| Jasper | Wayne | Pike | Schuyler |
| Jefferson | White | Shelby | |
| Jersey | Williamson | | |

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

## PRIVATE SUIT RIGHTS

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment or the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

## ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

## DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.

MAR 0 3 2021